Bradley J. Krupicka, OSB #104318
bkrupicka@ohaganmeyer.com
Sarah A. Garrett, OSB #153395
sgarrett@ohaganmeyer.com
O'HAGAN MEYER PLLC
805 SW Broadway, Suite 2280
Portland, OR 97205
Telephone: 971.315.0650
Facsimile: 971.315.0720

*Attorneys for Defendant Cain Petroleum Incorporated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NADIA ROBERTS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAIN PETROLEUM INCORPORATED, a domestic corporation,<br><br>Defendant. | Case No. 3:23-cv-01911-YY<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff and Defendant, by and through counsel, hereby stipulate to a voluntary dismissal of the above-entitled matter with prejudice with prejudice and without costs.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED NOTICE OF VOLUNTARY DISMISSAL - Page 1

O'HAGAN MEYER PLLC
805 SW Broadway, Suite 2280
Portland, OR 97205
Telephone: 971.315.0650
Facsimile: 971.315.0720

IT IS SO STIPULATED.

DATED this 9th day of July, 2024         THE LAW OFFICE OF DAVID S. FOSTER, P.C.

By: _____*s/ David S. Foster*_____
David S. Foster, OSB #033166
E-Mail: Dsfoster69@gmail.com

*Attorneys for Plaintiff*

DATED this 9th day of July, 2024         O'HAGAN MEYER PLLC

By: _____*s/ Bradley J. Krupicka*_____
Bradley J. Krupicka, OSB #104318
bkrupicka@ohaganmeyer.com
Sarah A. Garrett, OSB #153395
sgarrett@ohaganmeyer.com

*Attorneys for Defendant Cain Petroleum Incorporated*

STIPULATED NOTICE OF VOLUNTARY DISMISSAL - Page 2

**O'HAGAN MEYER PLLC**
805 SW Broadway, Suite 2280
Portland, OR 97205
Telephone: 971.315.0650
Facsimile: 971.315.0720

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **STIPULATED NOTICE OF VOLUNTARY DISMISSAL** on the following by the method indicated below on the 9th day of July, 2024:

*Counsel for Plaintiff:*

David S. Foster, OSB #033166
The Law Office of David S. Foster, P.C.
3353 SE Raymond Street
Portland, OR 97202-4360
E-Mail: Dsfoster69@gmail.com

☐ Via First Class Mail
☐ Via Facsimile
☐ Via Hand-Delivery
☒ Via CM/ECF
☐ Via E-Mail

O'HAGAN MEYER PLLC

By:  *s/ Bradley J. Krupicka*
Bradley J. Krupicka, OSB #104318
bkrupicka@ohaganmeyer.com
Sarah A. Garrett, OSB #153395
sgarrett@ohaganmeyer.com

*Attorneys for Defendant Cain Petroleum Incorporated*

STIPULATED NOTICE OF VOLUNTARY DISMISSAL - Page 3

**O'HAGAN MEYER PLLC**
805 SW Broadway, Suite 2280
Portland, OR 97205
Telephone: 971.315.0650
Facsimile: 971.315.0720